NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
AMANDA SCHAPEL, CSBN 271295
Special Assistant United States Attorney
     Social Security Administration
     160 Spear St., Suite 800
     San Francisco, CA 94105
     Telephone: (415) 977-8983
     Facsimile: (415) 744-0134
     Email: Amanda.Schapel@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| VERONICA MARIE BLANKENSHIP, )<br><br>    Plaintiff, )<br><br>        v. )<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security, )<br><br>    Defendant. )<br>_____ ) | No. 5:17-cv-01406-SHK<br><br>**[PROPOSED]**<br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  5/8/2018

_____
HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE